IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK JOSEPH ESSINGER, SR. AND § <br> CONSTANCE LORRAINE ESSINGER, § <br> INDIVIDUALLY, AND AS § <br> ADMINISTRATORS OF THE ESTATE OF § <br> JOLEE PAIGE ESSINGER, DECEASED § <br> § <br> v. § <br> § <br> LIBERTY MUTUAL FIRE § <br> INSURANCE COMPANY § | PLAINTIFFS <br><br><br><br> CIVIL ACTION NO. 1:06CV176-LG-RHW <br><br><br> DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [33] filed by the defendant, Liberty Mutual Fire Insurance Company, the Court, after a full review and consideration of the defendant's Motion, the pleadings on file, and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the defendants pursuant to FED. R. CIV. P. 56.  The plaintiffs' claims are hereby dismissed with prejudice.  All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 12th day of April, 2007.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE